UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA M. YOUELLS,

    Plaintiff,

    v.

JULIUS DZAKPASU and
WESTERN EXPRESS, INC.,

    Defendants.

: CIVIL ACTION NO. 3:19-CV-633
:
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM WAGNER,

    Plaintiff,

    v.

JULIUS DZAKPASU and
WESTERN EXPRESS, INC.,

    Defendants.

: CIVIL ACTION NO. 3:19-CV-922
:
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

## ORDER

AND NOW, THIS __22ND__ DAY OF OCTOBER 2019, upon review of

Magistrate Judge Carlson's Report and Recommendation ("R&R") (Civ. A. No. 3:19-CV-633

Doc. 23; Civ. A. No. 3:19-CV-922 Doc. 20) concerning Defendants' Motion to Consolidate

Cases (Civ. A. No. 3:19-CV-633 Doc. 12; Civ. A. No. 3:19-CV-922 Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Consolidate Cases (Civ. A. No. 3:19-CV-633 Doc. 12; Civ. A. No. 3:19-CV-922 Doc. 11) is **GRANTED IN PART** and **DEFERRED IN PART**.

3. The above-captioned matters shall be consolidated for pre-trial purposes and for trial on the liability phase of the cases.

4. A decision on whether the damages phase of the trial should be bifurcated will be decided at a later phase of the proceedings.

5. All further filings shall be made under Civil Action No. 3:16-CV-633 with Melissa M. Youells and William Wagner identified as Plaintiffs;

6. The Clerk of Court is directed to administratively close Civil Action No. 3:19-CV-922.

Robert D. Mariani
United States District Judge